IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RONALD R. DESCAULT,

  Petitioner,

v.

STATE OF FLORIDA,

  Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2567

Opinion filed April 6, 2015.

Petition for Writ of Habeas Corpus – Original Jurisdiction.

Ronald R. Descault, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

  DENIED.

ROBERTS, CLARK, and ROWE, JJ., CONCUR.